ACCEPTED
01-13-00284-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 4:49:01 PM
CHRISTOPHER PRINE
CLERK



# WILLIAM LEE HON
## CRIMINAL DISTRICT ATTORNEY

POLK COUNTY TEXAS
101 WEST MILL STREET • SUITE 247 • LIVINGSTON, TEXAS 77351
JUDICIAL CENTER

TEL: (936) 327-6868

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 4:49:01 PM
CHRISTOPHER A. PRINE
Clerk

FAX: (936) 327-6875 - FELONY DIVISION
FAX: (936) 327-6862 - MISDEMEANOR DIVISION

December 31, 2014

Hon. Christopher A. Prine
Clerk of the First District Court of Appeals
Via E-Filing

**IN RE:**     **Jacob Mathew Barber v. The State of Texas**
                 **Case No. 01-13-00284-CR**
                 **Trial Court Cause No. 22511**

Dear Mr. Prine:

The purpose of this letter is to inform you that the State does not intend to file a brief in this case.

Sincerely,

Joe Martin
First Assistant District Attorney

c:     Stephen Taylor
       Attorney for Appellant
       Via E-Filing